# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSIE BADGER,<br>individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PILOT TRAVEL CENTERS LLC,<br><br>　　　　　　　Defendant. | Case No. 2:16-cv-1051<br><br>Magistrate Judge Robert C. Mitchell<br><br>FILED ELECTRONICALLY |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Josie Badger, by and through undersigned counsel, and hereby stipulates and agrees that the Court may dismiss this action *with prejudice*, with each party to bear its own attorneys' fees, costs, expert fees, and expenses, if any, incurred in connection with this action.  No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules.

Dated:  January 4, 2017

Respectfully Submitted,

| | |
|---|---|
| By:  */s/ Benjamin J. Sweet*<br>Benjamin J. Sweet (PA 87338)<br>R. Bruce Carlson (PA 56657)<br>Stephanie K. Goldin (PA 202865)<br>CARLSON LYNCH SWEET<br>KILPELA & CARPENTER,  LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA  15222<br>(p) 412.322.9243<br><br>*Attorneys for Plaintiff Josie Badger* | By: */s/ Chad E. Blomberg*<br>Robert G. Rooney<br>Chad E. Blomberg<br>LATHROP & GAGE LLP<br>2345 Grand Boulevard, Suite 2200<br>Kansas City, MO  64108-2618<br>Telephone:	816.292.2000<br>Facsimile:	816.292.2001<br>rrooney@lathropgage.com<br>cblomberg@lathropgage.com<br><br>And: |

>Mark T. Phillis
>LITTLER MENDELSON, P.C.
>625 Liberty Avenue, 26th Floor
>Pittsburgh, PA  15222
>Telephone:	412.201.7636
>Facsimile:	412.774.1956
>mphillis@littler.com
>
>*Attorneys for Defendant Pilot Travel Centers LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2017, I filed the foregoing with the Clerk of the Court by using the ECF system which will send an electronic copy of the filing by email to:

Robert G. Rooney
Chad E. Blomberg
LATHROP & GAGE LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO  64108-2618
Telephone:	816.292.2000
Facsimile:	816.292.2001
rrooney@lathropgage.com
cblomberg@lathropgage.com

And:

Mark T. Phillis
LITTLER MENDELSON, P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA  15222
Telephone:	412.201.7636
Facsimile:	412.774.1956
mphillis@littler.com

*Attorneys for Defendant Pilot Travel Centers LLC*

>By:	*/s/ Benjamin J. Sweet*
>	Attorney for Plaintiff Josie Badger

2